GRACE E. CONNOLLY, Respondent, *v.* ROSALIE JONES et al., as Sole Surviving Executrices and Trustees under the Will of MARY E. JONES, Deceased, et al., Appellants and Respondents; WILLIAM H. GREEN et al., Respondents and Appellants, and T. EVERETT C. TUTHILL et al., Individually and as Members of the Board of Supervisors of the County of Suffolk, et al., Appellants and Respondents.

Argued April 20, 1949; decided May 26, 1949.

*Eugene A. Sherpick, Richard T. Davis, E. Merritt Weidner*
and *Rosalie G. Jones* for Town of Huntington and others,
appellants.

*David L. Glickman* and *Edgar F. Hazleton* for T. Everett C.
Tuthill and others, constituting the Board of Supervisors of
the County of Suffolk, and another, appellants.

*Eugene R. Hurley* for respondent.

Order affirmed, with costs. First and second questions certi-
fied answered in the negative; third question certified answered
in the affirmative. No opinion.

· Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE,
FULD and BROMLEY, JJ.